**No. 09-10673. Vang Khammanivong, Petitioner v. United States.**

560 U.S. 974, 130 S. Ct. 3432, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4838.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 357 Fed. Appx. 316.